FILED

03/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0118

_____

IN RE THE MARRIAGE OF:

NANCY M. MEINHARDT, f/k/a STEWARD,

      Petitioner and Appellant,

and

JOSEPH H. STEWARD,

      Respondent and Appellee.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2024